IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. _____

| | |
|---|---|
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, <br><br>     Plaintiff, <br><br> v. <br><br> PAULA CARLTON A/K/A PAULA BRASWELL, <br><br>     Defendant. | **COMPLAINT FOR DECLARATORY JUDGMENT** |

COMES NOW, Plaintiff, Foremost Insurance Company Grand Rapids, Michigan ("Foremost"), complaining of Defendant, Paula Carlton a/k/a Paula Braswell ("Defendant or Ms. Braswell"), and seeking a declaratory judgment, alleges and states the following:

**PARTIES, JURISDICTION, AND VENUE**

1. This is a Complaint for a declaratory judgment pursuant to 28 U.S.C. § 2201, *et seq.*, and Rule 57 of the Federal Rules of Civil Procedure, in which Foremost seeks a determination of its rights and responsibilities under a specific policy of insurance issued to Don Carlton and Paula Carlton, under Policy Number 103-0927244371-03 (the "Policy").

2. Defendant is a citizen of the United States and a resident of Caldwell County, North Carolina.

3. Foremost Insurance Company Grand Rapids, Michigan is a corporation with its principal place of business in Michigan and organized under the laws of the State of Michigan, which is involved, among other things, in the business of providing mobile home insurance in

the State of North Carolina.

4.      The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

5.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 2201 and 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) in that Defendant resides in this judicial district and the Policy was issued in this judicial district.

## FACTUAL BACKGROUND

7.      The Policy issued by Foremost to Defendant has an effective period of September 29, 2023, through September 29, 2024.

8.      A true and accurate copy of the Policy is attached hereto as **Exhibit A**.

9.      The Policy provides certain physical damage and liability coverages for the residence located at 2426 Kingtown Rd, Lenoir, NC 28645-6727 (the "Insured Property") subject to the Policy's terms, limits, conditions, and endorsements.

10.     On or about October 12, 2023, the Defendant attended a concert in Greenville, South Carolina.

11.     At some point during the concert, Defendant got into an argument with Dana Morton of Spartanburg County, South Carolina.

12.     The argument escalated and Defendant struck Ms. Morton, punching her on her side and attempting to pull her down the stands.

13.     On November 4, 2024, Dana Morton filed a lawsuit in the Court of Common Pleas in Greenville, South Carolina, entitled *Dana Morton v. Paula Braswell*, Civil Action File

No. 2024-CP-23-06436 (the "Underlying Lawsuit").

14.    A copy of the Complaint in the Underlying Lawsuit is attached as **Exhibit B.**

15.    In the Underlying Lawsuit, Ms. Morton has purportedly made a negligence claim against Ms. Braswell for her alleged injuries resulting from the October 12, 2023 incident.

16.    In the Underlying Lawsuit, Ms. Morton has alleged severe and acute injuries requiring extensive medical treatment.

17.    Upon information and belief, Ms. Morton is seeking damages in excess of $75,000.00 in the Underlying Lawsuit for medical bills, pain and suffering, mental anguish, humiliation, inconvenience, permanent physical impairment, temporary disability, lost wages, loss of society and companionship, disfigurement and/or scarring and punitive damages.

18.    Upon information and belief, Defendant seeks a defense and indemnity from Foremost pursuant to the Policy against the claims made by Ms. Morton in the Underlying Lawsuit.

19.    Foremost is providing a defense to Defendant under a complete reservation of rights.

20.    Pursuant to the terms, provisions, and exclusions of the Policy, Foremost is not obligated to defend or indemnify Ms. Braswell in the Underlying Lawsuit.

## COUNT ONE - DECLARATORY JUDGMENT

21.    Foremost incorporates as if fully set forth herein the allegations contained within the above paragraphs.

22.    The Policy issued by Foremost to Defendant limits coverage as follows:

**PERSONAL LIABILITY COVERAGE AND MEDICAL PAYMENTS TO OTHERS COVERAGE DOESN'T PAY FOR BODILY INJURY OR PROPERTY DAMAGE:**

3

. . .

Caused directly or indirectly by war, hostile or war-like action in time of peace or war whether or not declared, riot or civil disorder; or which is expected or intended by YOU.

23.     In the Underlying Lawsuit, Defendant seeks coverage for liability arising out of her personal actions which resulted in Ms. Morton's injuries.

24.     The damages in the underlying lawsuit were solely the result of Defendant's intentional conduct.

25.     The damages in the underlying lawsuit were entirely expected by Defendant as a result of her intentional conduct.

26.     The claims and damages sought by Ms. Morton against Defendant in the Underlying Lawsuit are not covered under the Policy because they are excluded by the Policy's exclusion for expected or intended injuries.

27.     There exists an actual, substantial, and justiciable issue in controversy between the parties hereto with respect to Foremost's obligation to defend and indemnify the Defendant in the Underlying Lawsuit.

28.     There exists an actual, substantial, and justiciable issue in controversy between the parties hereto with respect to Foremost's obligation to defend and indemnify Defendant for any damages sought or obtained in the Underlying Lawsuit.

29.     A judicial determination and a declaration of the rights and obligations of the parties is necessary and appropriate at this time because Foremost has no adequate remedy at law which will resolve the current controversy.

30.     For reasons set forth above, Foremost is entitled to a declaration from the Court that it is not obligated to defend or indemnify Defendant for the allegations in the lawsuit filed

4

by Ms. Morton or any other lawsuit that may be brought pertaining to the same or similar allegations.

31. For reasons set forth above, Foremost is entitled to a declaration from the Court that it is not obligated to defend or indemnify Defendant for any damages sought or obtained in a lawsuit filed by Ms. Morton or may as otherwise be sought in any other litigation that may be brought pertaining to the same or similar allegations.

WHEREFORE, Foremost prays for relief as follows:

1. For a declaration that Foremost is not obligated to defend or indemnify Ms. Braswell in the Underlying Lawsuit or any other lawsuit that may be brought pertaining to the same or similar allegations;

2. For an award of attorney's fees and costs pursuant to law;

3. For trial by jury as to all issues of fact; and

4. For such other and further relief as the Court may deem just and proper.

This the 18th day of February, 2026.


/s/ Vanessa Harvey
TIEN K. CHENG
NC Bar No: 49127
VANESSA HARVEY
NC Bar No: 61236
Attorneys for Foremost Insurance Company
Grand Rapids, Michigan
McAngus Goudelock & Courie, PLLC
PO Box 30516
Raleigh, NC 27622
(919) 719-8202
vanessa.harvey@mgclaw.com

5




EXHIBIT

A

7212480 0112     N RB   721530
103-0927244371

**FREEDOM INSURANCE GROUP INC**
**1655 CONNELLY SPRINGS RD**
**LENOIR NC 28645-7826**

32

DON CARLTON
PAULA CARLTON
3325 CARLTON PARK
LENOIR NC 28645

**YOUR BILL IS ENCLOSED**

Dear DON CARLTON & PAULA CARLTON:

Your policy packet is enclosed. Please take a few minutes to read through the enclosed documents. This contract is your assurance of protection in case of an insured loss. Copies of your current policy forms are available upon your request. If you have any questions, please contact us at the address shown above or call us at (828) 728-8484 .

Thank you for choosing us for your insurance. We appreciate the opportunity to provide you coverage.

Sincerely,

FREEDOM INSURANCE GROUP INC

32- 9567- 001

**P.S. Did you know . . . Electronic payments are available!**

To sign up for electronic payments, please go to **foremostpayonline.com.** You may choose to have us automatically withdraw your premium payments electronically from your designated account as they come due, or go to **foremostpayonline.com** to see your bill and make a payment. As always, simply call our billing service at 1-800-532-4221 with questions about your bill.

**Need to report a claim?** The Claims Contact Center is available to take your call 24 hours a day, seven days a week at 1-800-527-3907, or you may report a claim online at **Foremost.com.**





® **FOREMOST**
**INSURANCE COMPANY**
GRAND RAPIDS, MICHIGAN
Represented By

FREEDOM INSURANCE GROUP INC
1655 CONNELLY SPRINGS RD
LENOIR NC 28645-7826

Pay your bills online at **www.ForemostPayOnline.com.**

# PREMIUM PAYMENT NOTICE

| POLICYHOLDER | LOAN NUMBER | PAYMENT DUE BY | CURRENT AMOUNT DUE |
|---|---|---|---|
| DON CARLTON<br>PAULA CARLTON | | SEP 29, 2023 | ▆▆▆▆▆ |

| POLICY NUMBER | DESCRIPTION | POLICY COVERAGE PERIOD |
|---|---|---|
| 103-0927244371-03 | MANUFACTURED HOME | SEP 29, 2023 TO SEP 29, 2024 |

**TO:**

| **POLICYHOLDER** | **YOUR REPRESENTATIVE** |
|---|---|
| DON CARLTON<br>PAULA CARLTON<br>3325 CARLTON PARK<br>LENOIR NC 28645 | FREEDOM INSURANCE GROUP INC<br>1655 CONNELLY SPRINGS RD<br>LENOIR NC 28645-7826<br>(828) 728-8484 |

**PAYMENT INFORMATION**

THIS BILL IS FOR YOUR FULL PREMIUM.
THANK YOU FOR SELECTING US TO SERVE
YOUR INSURANCE NEEDS.

| **Current Amount Due** | ▆▆▆▆▆ |
|---|---|



Have a question?   Want to make a policy change?   Just call your representative.   Form 8600 12/06

For **billing questions** call our automated phone service, at 1-800-532-4221 available until midnight EST.

We are available during normal business hours to assist you with questions or to discuss your payment options.

--------------------------------------------------------------------------------

✂ ▼ PLEASE **RETURN THE CARD BELOW** WITH YOUR PREMIUM PAYMENT **OR PAY ONLINE** ▼

**FOREMOST PAYMENT RETURN CARD FOR:** PAULA CARLTON
DON CARLTON

1. Make your check payable to:
   **FOREMOST INSURANCE COMPANY    GRAND RAPIDS, MICHIGAN**

2. Please write your **policy number** on your check or money order.

**MAIL THIS CARD WITH YOUR PAYMENT TO:**

FOREMOST INSURANCE COMPANY
PO BOX 0915
CAROL STREAM IL 60132-0915

| MANUFACTURED HOME<br>POLICY PAYMENT |
|---|
| Policy Number: **103-0927244371-03** |
| Amount Due: ▆▆▆▆▆ |
| Date Due: SEP 29, 2023 |

Amount Enclosed  $ _____

*Thank You For Your Payment*

0927244371032 010151030000020230727 00000000 00000000 00173800 00173800 7

Case 5:26-cv-00037-SCR-DCK    Document 1    Filed 02/18/26    Page 8 of 47

101766   103-0927244371

## LOCATION INFORMATION

```
2426 KINGTOWN RD
LENOIR NC 28645-6727
```



| COMPANY USE ONLY | 23208 |
|---|---|
| REPRESENTATIVE NO.: 32   9567 - 001      7212480.0112.01 | |
| TRANS TYPE:        RB | |
| LIENHOLDER NO.: | |

---

### ATTENTION -- SEND PAYMENT TO:
### PAYMENT PROCESSING CENTER, P.O. BOX 0915, CAROL STREAM, IL 60132-0915

Please contact your representative listed below to make any policy changes.

```
FREEDOM INSURANCE GROUP INC
1655 CONNELLY SPRINGS RD
LENOIR NC 28645-7826
```

 **FOREMOST**®
A Farmers Insurance® Company

## THIS IS YOUR RENEWAL DECLARATIONS PAGE

**Policy Period**   From   9/29/2   To   9/29/24  12:01 A.M. Standard Time At Your Address Below
**This Policy Insures**                                                                                    FLEX-A-BILL

| You As NAMED INSURED | DON CARLTON<br>PAULA CARLTON<br>25 CARLTON PARK<br>LENOIR NC 28645 | Principal LOCATION Of Your Home | (If different from mailing address at left)<br>2426 KINGTOWN RD<br>LENOIR NC 28645-6727 |
|---|---|---|---|

| Additional Insured |  |  |  |
|---|---|---|---|
| As LIEN-HOLDER + |  | As LIEN-HOLDER + |  |

### Description of Your Home

| Year | Length | Width | Manufacturer | Model | Serial Number |
|---|---|---|---|---|---|
| 90 | 80 | 40 |  |  | UNKNOWN |

**COVERAGES: This policy provides only the insurance for which a specific premium charge is indicated below, or which is indicated as included without specific charge either below or in your policy. Detailed descriptions and any limitations will be found in your policy.**

| Coverages | Home | Adjacent Structures | Personal Effects | Liability — Personal Liability | Liability — Medical Payments | Damage to Property of Others | Trip Coverage For 30 Days from | Secured Interest Protection | Natural Disaster Protection |
|---|---|---|---|---|---|---|---|---|---|
| Amount Of Insurance/ Limit Of Liability | $141,523 | $ 14,153 | $ 70,762 | $100,000 | $1,000 | $ 250 | $ | See Policy | See Policy |
| Premiums | ▮▮ | ▮▮ | ▮▮ | ▮▮ |  |  | ▮ | ▮ | ▮ |

### Additional Coverages and Endorsements                    Additional Premiums

ENDORSEMENT(S):  4910, 9075, 9078, 2457, 4780, 9871, 9872            ▮▮

ADDITIONAL LIVING EXPENSE COVERAGE:  INCREASED FROM $10 TO $50        ▮▮

**Deductible:** $  500   Your policy includes this deductible amount on your home, adjacent structures and personal effects coverages. | **Total Policy Premium** | ▮ ▮▮ |

YOUR  INFLATION  GUARD  PERCENTAGE  IS  5.   PCT

| Your Policy Is Serviced By | Code No.: 2-9567-  1-<br>FREEDOM INSURANCE GROUP INC<br>1655 CONNELLY SPRINGS RD<br>LENOIR NC 28645-7826<br>(828) 728-8484 |
|---|---|

MINIMUM EARNED PREMIUM
EXCLUDING TRIP COVERAGE:        ▮▮

**Countersigned** JULY    27  2 2  at NORTH CAROLINA    by

+See reverse side for explanation          **KEEP THIS COPY WITH YOUR POLICY**            Form 8130 09/11
101767    103-0927244371

## LIENHOLDER INTEREST

If you borrowed money to buy your mobile home, the person or **business** that loaned you the money is called the **lienholder** . **Lienholder** means the person, firm, association, corporation or other legal entity named as the **lienholder** on Page One. The designation of a **lienholder** is considered to be an acknowledgement by you that the entity named has a legal interest in the mobile home due to an installment sales contract or other security agreement. Your **lienholder** may require you to name it on Page One as a separate insured party, for any insurable interest it may have.

When a **lienholder** is named on Page One, Our Payment Methods will recognize the **lienholder's** interest in your property. If we elect to settle your loss or damage in money, both your name and your **lienholder's** will appear on our payment check. If you have paid off your **lienholder,** please tell us so that the **lienholder's** name may be removed from the policy.

If your interest in the mobile home is terminated, Our Payment Methods will recognize only the **lienholder's** interest. No change in title or ownership of your mobile home or any negligent acts of yours will cancel the **lienholder's** interest in this policy.

You or the **lienholder** must let us know of any change of ownership or any increase in hazard which comes to your or the **lienholder's** knowledge. If an increase in hazard requires an additional premium, you must pay the additional premium.

If you fail to pay any premium due for this policy, your **lienholder** may be requested to pay that premium.

If you fail to give us proof of loss within the required 90 days, the **lienholder** is given an additional 30 days to notify us of the loss.

### Additional Fee Information

In consideration of our agreement to allow you to pay in installments, the following service fee(s) apply per installment:

## Privacy Policy

This notice describes our privacy policies and procedures in safeguarding information about customers and former customers that obtain financial products or services for personal, family or household purposes. **Please note that if state law is more protective of an individual's privacy than federal privacy law, we will protect information in accordance with state law while also meeting federal requirements.**

### Information We Collect

We may collect the following categories of personal information for the purposes identified below. Please note that the examples are not an exhaustive list and may fall into multiple categories. Categories and specific pieces of information collected may vary depending on the nature of your relationship with us.

| Category | Examples |
|---|---|
| **Personal Identifiers** | Name, alias, address, social security number, date of birth, passport number, unique personal identifier, online identifier, IP address, e-mail address, account name, government issued identification number, phone number, signature |
| **Personal Characteristics** | Gender, demographic, medical and health, convictions, marital status, offspring, driving record, family member/other status, and other descriptions of your physical characteristics. |
| **Commercial Information** | Personal property, insurance policy number, medical information, or health insurance information, purchased products or services, considered products or services, purchasing or consuming histories or tendencies. |
| **Biometic Information** | Voice print, photo. |
| **Internet or network activity** | Information regarding your interactions with websites, applications, and advertisements, browser type, electronic communications, IP address, cookies. |
| **Geolocation** | IP address, physical address, telephone number, state, municipality, location, devices, applications on mobile and computer devices. |
| **Audio, electronic, visual, thermal, olfactory** | Audio, electronic, photo, visual information, such as a call or video recording, voicemail messages. |
| **Professional information and Employment information/Education Information** | Job titles, work history, school attended, employment status, veteran, or military status. |
| **Education Information** | Job titles, work history, school attended, marital and family status, e-mail, telephone recordings. |
| **Inferences** | Preferences, behaviors, characteristics, trends, predispositions, attitudes, abilities, and aptitudes. |
| **Sensitive Personal Information** | Social security number, driver's license number, state ID card, account login, precise geo-location, bank account number, credit or debit card number, or any other financial information, trade union membership, your communications with us. |

101768   103-0927244371

## Purposes for Collection of Personal Information

We collect and use your personal information to offer, provide and maintain insurance products and related services to you. We may use your personal information for one or more of the following purposes:

- To offer, provide, and maintain insurance products and related services to you;

- To authenticate and verify your identity; to maintain your preferences and to contact you;

- Security: authentication and verification of your identity, fraud identification and protection;

- Conduct analytics, research and development, improvement of our products and services;

- To provide a location-based product or service requested by you;

- To apply relevant discounts;

- To create profiles based on personal information collected and reflecting individual preferences to provide appropriate or relevant products and services and improve and analyze our products and services and provide relevant marketing;

We collect certain information ("nonpublic personal information") about you and the members of your household ("you") from the following sources:

- Information you provide on applications or other forms, such as your social security number, assets, income, and property information;

- Information about your transactions with us, our affiliates or others, such as your policy coverage, premiums, and payment history;

- Information from your visits to the websites we operate, use of our mobile sites, applications, use of our social media sites, and interaction with our online advertisements; and

- Information we receive from consumer reporting agencies or insurance support organizations, such as motor vehicle records, credit report information and insurance claims history; and

- If you obtain a life, long-term or disability product, information we receive from you, medical professionals who have provided care to you and insurance support organizations, regarding your health.

## How Long Do You Retain My Information

We retain your personal data for as long as reasonably necessary to fulfill the purpose for which it was collected or to comply with legal, regulatory, or internal procedures or obligations.

## How We Protect Your Information

Our customers are our most valued assets. Protecting your privacy is important to us. We restrict access to personal information to those individuals, such as our employees and agents, who provide you with our products and services. We require individuals with access to your information to protect it and keep it confidential. We maintain physical, electronic, and procedural safeguards that comply with applicable regulatory standards to guard your nonpublic personal information. We do not disclose any nonpublic personal information about you except as described in this notice or as otherwise required or permitted by applicable law.

## Information We Disclose

We do not disclose any nonpublic personal information about you as our customer or former customer, except as described in this notice. We may disclose the nonpublic personal information we collect about you, as described above to our affiliates, to companies that perform marketing services on our behalf or to other financial institutions with which we have joint marketing agreements, and to other third parties, all as permitted by law and for our everyday business purposes, such as to process your transactions and maintain your accounts and insurance policies.

Many employers, benefit plans or plan sponsors restrict the information that can be shared about their employees or members by companies that provide them with products or services. If you have a relationship with Foremost or one of its affiliates as a result of products or services provided through an employer, benefit plan or plan sponsor, we will follow the privacy restrictions of that organization.

We are permitted to disclose personal health information: (1) to process your transaction with us, for instance, to determine eligibility for coverage, to process claims or to prevent fraud; (2) with your written authorization; and (3) otherwise as permitted by law.

When you are no longer our customer, we continue to share your information as described in this notice.

### Sharing Information with Affiliates

We will not disclose nonpublic personal information, as described above in **Information We Collect**, except with affiliates of Foremost as permitted by law including:

- Financial service providers, such as insurance companies and reciprocals, investment companies, underwriters, brokers/dealers; and

- Non-financial service providers, such as data processors, billing companies and vendors that provide marketing services for us.

We are permitted by law to share with our affiliates our transaction and experience information with you. We will not share with our affiliates information we receive from a credit reporting agency or insurance support organization, such as motor vehicle records, credit report information and claims history.

**Under the California Consumer Privacy Act ("CCPA"), California residents have the right to opt out of the sale of personal information to certain third parties.** Although we do not currently share personal information in a manner that would be considered a sale under CCPA, you may still submit a request to opt out by calling us at 1-855-327-6548 or submitting a request through our CCPA Web Form.

### Modifications to our Privacy Policy

We reserve the right to change our privacy practices in the future, which may include sharing nonpublic personal information about you with nonaffiliated third parties as permitted by law. Before we make any changes, we will provide you with a revised privacy notice and give you the opportunity to opt-out, or of applicable, opt-in.

### Website and Mobile Privacy Policy

Our Enterprise Privacy Statement includes our website and mobile privacy policies which provides additional information about website and mobile application use. Please review those notices if you transmit personal information to us over the Internet through our websites and/or mobile applications.

### Recipients of this Notice

While any policyholder may request a copy of this notice, we are providing this notice to the named policyholder residing at the mailing address to which we send your policy information. If there is more than one policyholder on a policy, only the named policyholder will receive this notice. You may receive more than one copy of this notice if you have more than one policy with us. You also may receive notices from affiliates, other than those listed below.

### Affiliates

The following is a list of some but not all of our affiliates: Farmers Insurance Group of Companies including Farmers Insurance Exchange, Fire Insurance Exchange, Truck Insurance Exchange, and Mid-Century Insurance Company, Bristol West Insurance Group including Bristol West Casualty Insurance Company, Bristol West Insurance Company, Bristol West Preferred Insurance Company, Coast National Insurance Company, and Security National Insurance Company (Bristol West Specialty Insurance Company in TX), and 21st Century Insurance & Financial Services including 21st Century Indemnity Insurance Company, 21st Century Insurance & Financial Services, Inc., 21st Century Insurance Company, 21st Century National Insurance Company, 21st Century Premier Insurance Company, and 21st Century Security Insurance Company, Farmers Property and Casualty Insurance Company, Farmers Casualty Insurance Company, Farmers Group Property and Casualty Insurance Company, Economy Fire & Casualty Company, Economy Preferred Insurance Company, Farmers Lloyds Insurance Company of Texas, Economy Premier Assurance Company, Farmers Direct Property & Casualty Insurance Company, Toggle Insurance Company.

101769    103-0927244371

The above is a list of the affiliates on whose behalf this privacy notice is being provided. It is not a comprehensive list of all affiliates of the companies comprising the Farmers Insurance Group of Companies.

## More Information about the Federal Laws?

This notice is required by federal law. For more information, please contact us.

## Any Questions?

Please visit our website at www.foremost.com

Signed:     Foremost Insurance Company  Grand Rapids, Michigan
            Foremost Signature Insurance Company
            Foremost Property and Casualty Insurance Company
            Foremost Lloyds of Texas
            Foremost County Mutual Insurance Company

The above is a list of the Foremost companies on whose behalf this notice is being sent.

---

### Notification of Information Practices Required By State Law

This notice outlines the types of information the Foremost Insurance Group ("Foremost") collects, our methods of investigation and the types of sources that we may use to provide insurance to all Named Insureds and to evaluate applicants. Every Named Insured and applicant ("You") will receive, or already have received, a notice entitled "Privacy Notice". Your state gives you additional protections that are explained in this notice.

## Collection Of Information

Much of the information we need from you comes from you when you apply for insurance. Sometimes, however, we may need additional information or may need to verify information you have given us. In those instances, we may contact you either by phone or by mail.

In addition, we often employ the common insurance industry practice of asking an outside source, called a "consumer reporting agency". or ".insurance support organization",. to provide us with consumer reports. On occasion, that source may contact you or a neighbor, either by phone or in person, to provide us a report. The Named Insured listed on your policy has the right to request that we contact them or their spouse for a personal interview that will be included in the report. If this option is chosen, we will make every effort to comply with the request.

We may also obtain information from consumer reporting agencies and other sources for purposes other than underwriting, such as when processing claims, investigating potential fraud, or servicing your account. For example, we may obtain financial information relating to health and employment during the processing of a claim. Please note:

Information obtained from a report prepared by a consumer reporting agency or insurance support organization may be retained by that organization and disclosed to other persons who use these reports without your authorization.

As required by the Fair Credit Reporting Act, we are notifying you that we may investigate your character, general reputation, personal characteristics and mode of living, whichever are applicable. Additional information regarding the nature and scope of any such investigation requested will be furnished to you, upon your written request.

## Types of Information Collected

The information that is collected is used to help us decide if you qualify for the insurance for which you have applied and to perform additional insurance functions.

In connection with the underwriting and/or servicing of policies covering your personal vehicles, we may obtain information including information relating to the use of your vehicle(s), ages, drivers, mileage, items relating to the drivers such as personal habits and characteristics, credit information, prior accidents and driving violations, prior arrests or convictions, claims history, and previous insurance experience.

In connection with the underwriting and/or servicing of policies covering your real and personal property, we may obtain information including information relating to construction type, square footage, heating, other physical characteristics of the property, credit information, claims history, and previous insurance experience.

## What We Do With The Information We Collect About You

We use the information we collect about you to perform insurance functions, including underwriting and servicing your policy, processing claims, and for other purposes permitted by state and federal law. For example, we may disclose this information, as permitted by law, without your prior authorization, to:

- Agents, brokers or sales representatives
- Adjusters, appraisers, investigators, and attorneys
- Persons or organizations who need the information to perform a business, professional or insurance function for us, such as business that help us with data processing or marketing
- Another insurance company or insurance support organization, to detect or prevent criminal activity or fraud in connection with an insurance transaction, or to perform an insurance transaction
- A medical professional or institution:
  1) to verify insurance coverage or benefits
  2) to inform you of a medical condition of which you may not be aware
  3) to conduct an audit
  4) to determine whether services were reasonable and necessary
- An insurance regulatory authority
- Law enforcement or other governmental authority
- Persons or organizations conducting actuarial or research studies; however, no individuals will be identified in any report
- Our affiliated companies as described in our Privacy Notice sent to you with your policy
- To respond to an administrative or judicial order, including a search warrant or a subpoena
- A party to a proposed sale, transfer, merger, or consolidation of all or part of the company underwriting your policy

## Access and Correction of Information

Information we collect about you will be kept in our policy or claim records. We may refer to this information if you file a claim for benefits under any policy that you have with us or if you apply for a new policy. You have the right to know what kind of information we keep about you, to have access to the information, and to get a copy. These rights do not apply to privileged information. This type of information is generally obtained in connection with or when the possibility of a claim or civil or criminal proceeding exists.

If you file an insurance claim with us involving bodily injury, we may obtain information about your physical or mental condition, medical history, or medical claims history. If your written request asks for this claim information, we will identify who during the previous two years has received or examined the information, and when, to the extent practicable, the information was disclosed.

101770    103-0927244371

If you want information from your records, please write to us. There may be a nominal charge for copies of your records. If you think your records contain incorrect information, notify us in writing indicating what you believe is incorrect and your reasons. We will reinvestigate the matter and either correct our records or place a statement from you in our file explaining why you believe the information is incorrect, which will be attached to your file so that anyone reviewing the disputed information will see it. We will also notify persons or organizations to whom we previously disclosed the information of the change or your statement as well as anyone that you designate who may have received information from us in the past two years.

If you have any questions regarding our information practices, please write to us. For a more rapid response, please include your policy number.

Foremost Insurance Group
P.O. Box 2047
Grand Rapids, MI 49501
Attention: Underwriting
Keeping You Informed

As required by law, we will notify you of our information practices regularly. We reserve the right to modify our practices at any time, when permitted by law.

Signed:     Foremost Insurance Company  Grand Rapids, Michigan
            Foremost Signature Insurance Company
            Foremost Property and Casualty Insurance Company
            Foremost County Mutual Insurance Company
            Foremost Lloyds of Texas


The above is a list of the Foremost Companies on whose behalf this notice is being sent.

COPY

**Available Features.** You may choose to add endorsement features to your policy that will enhance and tailor your policy. There is a charge for most of these features, as well as certain criteria that must be met in order to add many of them.

To find out if your policy already includes a particular optional coverage feature, please see Page One of your policy.

If you would like to add a feature that is not included in your current policy, please contact the representative shown on the left side of Page One. Your representative will be happy to review your policy with you.

We briefly describe the available features and their benefits below. When you choose to purchase an optional feature, we recommend that you review the endorsement form in its entirety, to understand all of its provisions.

| Form Number | Name and Description |
|---|---|
| 2504 | **Additional Insured - Nonresident:** Provides limited property coverage for someone who owns part of your mobile home, but is not a resident of that home. |
| N/A | **Fire Department Service Coverage:** Increases the amount indicated on Page One and is paid when the fire department is called because of a fire that is either in your home or endangering your home. |
| 2533 | **Loss Payable:** Adds the name of a creditor who has loaned you money for an item and wants to be listed on your policy for the item. Example: Say you borrow money from a bank to buy furniture, then include this form on your policy. In the event of a covered loss for that furniture, we'll issue a check payable to both you and your creditor. There is no charge for this endorsement form. |
| 2598 | **Scheduled Personal Property Coverage:** Provides additional coverage for specific items of your valuable personal property such as jewelry, special collections and guns. |
| N/A | **Radio and TV Antenna Coverage:** Increases the amount indicated on Page One for loss of, or damage to, your outside radio or television antennas located on your mobile home premises. This coverage is paid when the loss is caused by fire, lightning, earthquake, landslide, flood, rising water, robbery, burglary and windstorm. |
| 4895/9871 | **Replacement Cost Personal Property:** Pays to replace your damaged belongings with new ones of similar kind and quality, up to the policy limits, when there is a covered loss. |
| 4909/9872 | **Replacement Cost Payment Method:** Pays to replace your home with another of like kind and quality, in the event that your home is damaged beyond reasonable repair, less any policy deductible. |
| N/A | **30-Day Trip Coverage:** Provides 30-day collision coverage for physical damage to your mobile home while it is being moved. |

## Liability Coverage Choices

Liability Insurance covers your legal responsibility for an accident that happens to someone else. Coverage applies to the injured person's claims for medical costs, loss of income, and pain and suffering. Coverage also applies to defense costs such as  lawyer's fees. Your liability coverage is listed on Page One. You may choose one of the following coverage amounts for liability

- $50,000
- $100,000
- $300,000

(over)

101771    103−0927244371

**Deductible Choices**

The deductible is the dollar amount you are responsible to pay if there is a covered loss. The company pays the remaining amount of the covered loss. Your deductible is listed on Page One. You may choose one of the following available deductibles:

- $100
- $250
- $500

**Items That Lower Your Policy Premium**

These are a few examples of the items that may contribute to a lower insurance cost for you.

- You are age 50 or older
- A newer mobile home



# Your Foremost® Mobile Home Owner Policy MH(C)

**INSURING AGREEMENT** ...........................................1
**PHYSICAL DAMAGE** ..............................................1
  COMPREHENSIVE MOBILE HOME COVERAGE...............1
  NAMED PERILS MOBILE HOME COVERAGE ...................2
  COMPREHENSIVE ADJACENT STRUCTURES
  COVERAGE...................................................2
  NAMED PERILS ADJACENT STRUCTURES COVERAGE...2
  COMPREHENSIVE PERSONAL EFFECTS COVERAGE .....2
  TRIP COVERAGE ............................................3
  NATURAL DISASTER PROTECTION ...................3
  YOUR ADDITIONAL COVERAGES ...................3
  OUR PAYMENT METHODS..................................4
  DEDUCTIBLE ................................................5
  PHYSICAL DAMAGE DOESN'T PROVIDE
  PAYMENT FOR ............................................5
**LIABILITY** ......................................................5
  DEFINITIONS................................................5
  PERSONAL LIABILITY COVERAGE........................6
  MEDICAL PAYMENTS TO OTHERS COVERAGE ............6
  CLAIM EXPENSE ............................................6
  FIRST AID EXPENSES ....................................6
  DAMAGE TO PROPERTY OF OTHERS.....................6
  LIABILITY DOESN'T PROVIDE PAYMENT FOR ..............6

**GENERAL POLICY CONDITIONS**...........................7
  APPRAISALS ...............................................7
  AUTOMATIC REINSTATEMENT OF COVERAGE ......7
  BANKRUPTCY.................................................7
  CANCELLATION OR NONRENEWAL .........................7
  CHANGES IN YOUR POLICY ...................................8
  LEGAL ACTION AGAINST US...............................8
  LIENHOLDER INTEREST....................................8
  LIMITS OF LIABILITY ......................................8
  OUR RIGHT TO RECOVER FROM OTHERS .............8
  OTHER INSURANCE ........................................8
  LOCATION ...................................................9
  TRANSFER OF THIS POLICY...................................9
  WHAT TO DO WHEN YOU HAVE A LOSS ...............9
**SECURED INTEREST PROTECTION**
**ENDORSEMENT** ..............................................10
  COLLISION OR UPSET ...................................10
  ALTERATION................................................10
  CONVERSION ..............................................10
  CONCEALMENT .............................................10
  REPOSSESSION EXPENSE ...............................10
  OUR PAYMENT METHODS..................................10
  DEDUCTIBLE ...............................................10
  SECURED INTEREST PROTECTION DOESN'T
  PROVIDE COVERAGE......................................11
  GENERAL CONDITIONS OF SECURED
  INTEREST PROTECTION .................................11

## MOBILE HOME INSURANCE POLICY

### INSURING AGREEMENT

WE, WE'LL US, OUR means FOREMOST INSURANCE COMPANY, Grand Rapids, Michigan.

YOU, YOUR, YOURS means the person named on Page One and that person's husband or wife or other members of YOUR family who live in the same mobile home as the named insured. YOU, YOUR, YOURS can mean each or all of YOU.

With YOUR payment of the premium, WE agree to provide the insurance YOU have selected as shown on Page One. This is subject to all policy terms and conditions. Page One is the separate enclosed page and is a part of this policy.

WE provide insurance only for covered losses which occur during the Policy Period shown on Page One.

### PHYSICAL DAMAGE

Physical Damage always refers to damage to property YOU own. WE'LL identify the coverage WE provide for YOUR mobile home, adjacent structures and personal effects.

### COMPREHENSIVE MOBILE HOME COVERAGE

WE'LL pay for direct, sudden and accidental loss of, or damage to, YOUR mobile home described on Page One, its original parts, equipment and accessories furnished by the manufacturer, dealer or seller of the mobile home and replacements of these items. YOUR Comprehensive Mobile

---

**Home Office**
5600 Beech Tree Lane
Caledonia, Michigan 49316
Customer Service: 1-800-527-3905

Underwritten by:

**FOREMOST®**
A Farmers Insurance® Company
Foremost Insurance Company  Grand Rapids, Michigan
A Stock Company

Home Coverage will include all items listed in the certificate of origin, bill of sale, manufacturer's invoice or on the original sales invoice given to YOU at the time YOU purchased YOUR mobile home and which are inside or attached to YOUR mobile home.

Comprehensive Mobile Home Coverage doesn't apply while the mobile home is in transit.

## NAMED PERILS MOBILE HOME COVERAGE

WE'LL pay for direct, sudden and accidental loss of, or damage to, YOUR mobile home described on Page One, its original parts, equipment and accessories furnished by the manufacturer, dealer or seller of the mobile home and replacement of these items caused by:

1. Fire or lightning, except damage which is confined to scorching, is not insured;

2. Explosion, smoke or smudge, but not the gradual accumulation of any oily or greasy substance or film;

3. The sinking, burning, collision or derailment of any conveyance transporting YOUR mobile home;

4. Theft, larceny, robbery, pilferage or any attempt thereat;

5. Windstorm, hail or earthquake, landslide, flood or other water rising from outside YOUR mobile home;

6. Riot or civil commotion;

7. Malicious mischief or vandalism;

8. Aircraft, including self-propelled missiles and spacecraft;

9. Falling objects;

10. Vehicles, except vehicles owned or operated by YOU; and,

11. Breakage of glass or safety glazing material which is part of YOUR mobile home.

YOUR Named Perils Mobile Home Coverage will include all items listed in the certificate of origin, bill of sale, manufacturer's invoice or on the original sales invoice given to YOU at the time YOU purchased YOUR mobile home and which are inside or attached to YOUR mobile home.

Named Perils Mobile Home Coverage doesn't apply while the mobile home is in transit.

## COMPREHENSIVE ADJACENT STRUCTURES COVERAGE

WE'LL pay for direct, sudden and accidental loss of, or damage to, adjacent structures YOU own.

Adjacent Structures are structures on YOUR mobile home premises which are not attached to the mobile home.

Comprehensive Adjacent Structures Coverage doesn't apply while the adjacent structures are in transit.

## NAMED PERILS ADJACENT STRUCTURES COVERAGE

WE'LL pay for direct, sudden and accidental loss of, or damage to, adjacent structures YOU own caused by:

1. Fire or lightning, except damage which is confined to scorching is not insured;

2. Explosion, smoke or smudge, but not the gradual accumulation of any oily or greasy substance or film;

3. The sinking, burning, collision or derailment of any conveyance transporting YOUR adjacent structures;

4. Theft, larceny, robbery, pilferage or any attempt thereat;

5. Windstorm, hail or earthquake, landslide, flood or other water rising from outside YOUR adjacent structures;

6. Riot or civil commotion;

7. Malicious mischief or vandalism;

8. Aircraft, including self-propelled missiles and spacecraft;

9. Falling objects;

10. Vehicles, except vehicles owned or operated by YOU; and,

11. Breakage of glass or safety glazing material which is part of YOUR adjacent structures.

Adjacent Structures are structures on YOUR mobile home premises which are not attached to the mobile home.

Named Perils Adjacent Structures Coverage doesn't apply while the adjacent structures are in transit.

## COMPREHENSIVE PERSONAL EFFECTS COVERAGE

WE'LL pay for direct, sudden and accidental loss of, or damage to, YOUR clothing, cooking utensils, radios, TV's, record players and YOUR other personal possessions up to the amount shown on Page One. These personal effects must be located in YOUR mobile home or a fully enclosed adjacent structure located on YOUR premises. Personal effects are items incidental to the use of YOUR mobile home as a dwelling.

Coverage includes loss or damage caused by theft, including property while in any bank, trust or safe deposit company, public warehouse or occupied dwelling not owned or occupied by YOU or rented by YOU where the property has been placed for safe keeping.

Mysterious disappearance loss is not insured.

**Personal Effects Doesn't Include:**

1. Any motor vehicle, licensed or not, for use on or off public roads, except golf carts while used for golfing, riding lawn mowers or equipment usual and incidental to the maintenance of YOUR mobile home premises;

2. YOUR animals, boats, aircraft, property of roomers or boarders, boat motors and money or securities;

3. Tape decks, tapes, two-way radios or record players installed in or primarily used in any motor vehicle, boat or aircraft;

4. Property separately listed and separately insured by any other insurance; or

5. Any item listed or insured under Comprehensive Adjacent Structures Coverage.

**Personal Effects Items Subject to Limited Coverage**

This coverage includes the following special items: collections of stamps or collections of coins, jewelry, art, antiques, heirlooms, cameras, golf equipment, musical instruments, guns and furs.

WE'LL pay only up to $250 for each of these special items but not more than $500 maximum for all losses from one occurrence.

WE'LL pay for loss to these special items only when caused by fire, lightning, earthquake, landslide, windstorm, flood, rising waters, robbery or burglary. There must be visible signs of forced entry for a loss to be caused by burglary.

If YOU own any of these special items with values higher than WE provide here, ask YOUR agent for Scheduled Personal Property Coverage.

**Extension of Personal Effects Coverage**

WE'LL also pay up to 10% of the amount of Comprehensive Personal Effects Coverage for loss of, or damage to, YOUR personal effects outside of, or off the premises of, YOUR mobile home or a fully enclosed adjacent structure caused by fire, lightning, windstorm, earthquake, landslide, flood, rising water or theft.

**TRIP COVERAGE**

This is an optional coverage. YOU can buy this coverage, each time YOU move YOUR mobile home, for an additional premium.

WE'LL show the period of coverage on Page One or on a separate attachment to this policy.

If YOU buy this coverage, WE'LL pay for direct, sudden and accidental loss of, or damage to, YOUR mobile home occurring while YOUR mobile home is being moved.

Collision which damages only wheels, tires, axles and running gear isn't insured.

Coverage starts when the leveling jacks or blocks are removed and utilities are disconnected from YOUR mobile home for the purpose of transportation. Coverage ends when YOUR mobile home is unhitched from the transporting vehicle.

In each claim for loss or damage, $100 will be deducted from the total amount of loss.

Before YOUR mobile home is moved, tell US or YOUR agent about it.

**NATURAL DISASTER PROTECTION**

This is optional protection. If YOU borrowed money to buy YOUR mobile home, Natural Disaster Protection may increase the amount of YOUR Comprehensive or Named Perils Mobile Home Coverage in order to pay off YOUR loan. YOU can buy Natural Disaster Protection for an additional premium.

If YOU buy this protection, WE'LL pay for either the actual cash value of YOUR mobile home or the outstanding principal balance of the loan for YOUR mobile home, whichever is more, if YOUR mobile home is destroyed by windstorm, flood, earthquake, landslide or hail. WE reserve the right to offer YOU a replacement mobile home of a similar kind, quality and value.

Outstanding principal balance of the loan means the unpaid amount YOU owe YOUR lienholder named on Page One, minus past due payments, unearned interest, insurance, finance and other carrying charges computed as of the date of YOUR loss. This is also minus any penalties or other charges which may have been added to YOUR loan after the loan was finalized.

Flood means:

A general temporary condition of partial or complete covering of normally dry land areas from:

1. The overflow of inland tidal waters; or

2. The unusual and rapid build-up or run-off of surface water from any source; or

3. Mudslides or mudflows which are caused by the build-up of water on or under the ground; or

4. Flood can also mean the collapse or sinking of land along the shore of a body of water as a result of erosion or undermining caused by waves or currents of water exceeding the normal levels, which results in a flood as defined above.

Flood, as defined above, is at least as broad as that offered by the Standard Flood Insurance Policy [NFIA-1 (Ed. 7-74)].

**YOUR ADDITIONAL COVERAGES**

When YOU buy Comprehensive or Named Perils Mobile Home Coverage, WE automatically include the following additional coverages. WE'LL pay for these losses with no deductible.

**Additional Living Expense Coverage**

WE'LL pay YOU up to $10 a day for a maximum of 60 days for reasonable Additional Living Expenses YOU pay when YOU can't live in YOUR mobile home because it is damaged or destroyed by a Comprehensive or Named Perils Mobile Home Coverage loss. OUR payment ends when YOUR mobile home is repaired or replaced or seven days after WE have offered to make a reasonable cash settlement. WE'LL need paid receipts to verify YOUR reasonable additional living expenses incurred in addition to YOUR normal living expenses.

**Credit Card and Depositor's Forgery Coverage**

Credit Card Forgery

WE'LL pay up to $50 for each credit card loss, but not more than $500 for all losses from one occurrence, when YOU are legally obligated to pay the issuers of the credit cards because of unauthorized use of one or more of

YOUR credit cards which have been lost or stolen. This coverage doesn't apply to YOUR use of YOUR credit cards, or anyone who uses YOUR credit cards with YOUR permission. All YOU have to do is fully comply with the terms under which the credit cards were issued to YOU.

Depositor's Forgery

WE'LL pay up to $500 to YOU for a loss which YOU become legally obligated to pay through forgery or alteration of YOUR check, draft, promissory note, bill of exchange or any similar written promise, order or direction. This includes any check or draft made or drawn in YOUR name, made payable to a fictitious payee.

Court Costs

WE'LL pay up to $500 for YOUR reasonable attorney's fees, court costs and other legal expense when suit is brought against YOU for someone else's unauthorized use of YOUR credit cards or forgery or alteration of YOUR credit cards or forgery or alteration of YOUR checks, drafts, promissory notes, bills of exchange or similar written promises, order or direction. OUR payment for these expenses is in addition to any other amount WE may pay for these losses.

Counterfeit Money

WE'LL pay up to $50 for any one loss YOU have when YOU, in good faith, accept counterfeit United States or Canadian paper money. WE'LL pay YOU up to $100 maximum for two or more losses in any one policy year of coverage.

Credit Card and Depositor's Forgery Coverage pays only for YOUR personal, non-business losses. Losses from YOUR job, business or other means of earning a living aren't insured.

**Debris Removal Coverage**

WE'LL pay the actual cost, up to $50, for removal of debris from YOUR premises when deposited by windstorm or other hazard covered by this policy. This doesn't apply to removal of debris which would be considered normal maintenance.

**Emergency Removal Service Coverage**

WE'LL pay when YOUR mobile home must be moved because it is threatened by a loss covered by this policy. The amount of coverage is the actual cost, up to $100, if YOUR mobile home can be removed and returned in one section and the actual cost, up to $200, for two or more sections.

**Fire Department Service Coverage**

WE'LL pay when the fire department is called because of a fire in, or endangering, YOUR mobile home. WE'LL pay for the actual fire department charge, up to $100 or the amount indicated on Page One.

**Radio and Television Antenna Coverage**

WE'LL pay the actual cost, up to $50 or the amount indicated on Page One, for loss of or damage to YOUR outside radio or television antennas located on YOUR mobile home premises caused by fire, lightning,

earthquake, landslide, flood, rising water, robbery, burglary and windstorm.

**Trees, Shrubs, Plants and Lawn Coverage**

WE'LL pay for loss or damage to YOUR trees, shrubs, plants and lawn caused by fire, lightning, explosion, riot or civil commotion, aircraft, vandalism, malicious mischief or motor vehicles not owned or operated by YOU.

Coverage is the actual cost up to $25 for any one plant or shrub, the actual cost up to $100 for the lawn or one tree, with a maximum combined payment of $200 for each occurrence. WE don't insure property grown for business purposes.

**Tie-Down Equipment**

WE'LL pay for damage to YOUR mobile home tie-down anchoring systems. This doesn't include loss or damage from rust, corrosion or faulty installation.

**OUR PAYMENT METHODS**

The amount WE pay for loss of or damage to YOUR mobile home, adjacent structures and personal effects, except for the payment methods of Natural Disaster Protection, will be the lowest of:

1. The difference between the actual cash value of YOUR property immediately before the loss and its actual cash value immediately after the loss; or

2. The cost of repairing the damage; or

3. The actual cash value of YOUR property immediately preceding the loss; or

4. The cost of replacing YOUR property; or

5. The amount of insurance shown on Page One.

WE may also replace the property with property of similar kind, quality and value.

**Our Payment Methods for Specific Types of Loss**

Hail

The amount WE'LL pay YOU for loss or damage from hail depends on the type of loss or damage it causes.

Hail can cause structural damage, which is the actual penetration of the exterior surface or the cracking or breaking of support materials. When this type of loss or damage occurs, WE'LL pay YOU the cost of repairing or replacing the damaged portion of the property.

Hail often dents the exterior surface of a mobile home. Since there is no structural damage, this will in no way affect the utility of the mobile home. The amount WE pay for this will be the difference between the actual cash value of YOUR property immediately before the loss and its actual cash value immediately after the loss.

Pairs and Sets

In case of loss to part of a pair, set, series of objects, pieces or panels, either interior or exterior, WE may:

1. Repair or replace any part to restore the pair or set to its value before the loss; or

2. Pay the difference between actual cash value of the pair or set before and after the loss.

WE can't guarantee the availability of parts or replacements. WE won't be obligated to repair or replace the entire pair, set or series of objects, piece or panel when a part is lost or damaged.

Tie-Downs

WE'LL pay the replacement cost or repair cost, whichever is less, for loss or damage to YOUR mobile home tie-down anchoring system.

Stolen Property

Before a loss for stolen property is paid or the property is replaced, WE may return any stolen property to YOU at OUR expense with payment for any damage.

If, as a result of YOUR loss, WE pay YOU in cash or by replacement an amount equal to the actual cash value of YOUR property before the loss, at OUR option, WE have the right to take legal title of YOUR property.

OUR Payment Methods are subject to the deductible and amounts as shown on Page One or elsewhere in this policy for the specific type of loss involved.

## DEDUCTIBLE

Certain losses or damage are subject to a deductible amount as shown on Page One or elsewhere in this policy.

When YOUR loss is the deductible amount or less, YOU pay it all. When YOUR loss is more than the deductible shown, YOU pay the deductible amount and WE pay the rest, up to the Amount of Insurance provided to YOU in this policy.

This policy may have different deductibles for different coverages. Only one deductible amount will be applied to a loss from one occurrence. If the deductible amounts are not equal, the highest deductible for the coverages involved in the loss will apply.

## PHYSICAL DAMAGE DOESN'T PROVIDE PAYMENT FOR:

1. Loss or damage due and confined to wear and tear, freezing, neglect or mechanical or electrical breakdown or failure, or manufacturer defect;

2. Loss or damage resulting from or increased by water backing up through sewers or drains or water below the surface of the ground;

3. Any loss or damage caused by enforcement of any governmental requirement regulating construction, confiscation, repair, demolition, sale, occupancy or relocation of YOUR mobile home;

4. Any loss or damage if YOUR mobile home, adjacent structures, personal effects or premises are being used for any illegal trade or illegal business;

5. Loss or damage due and confined to leakage from rain, sleet or snow or its resulting damage, whether or not wind driven;

6. Loss or damage if YOUR mobile home, adjacent structures, personal effects or premises are used exclusively for business or professional purposes;

7. Loss if YOU intentionally cause damage to or destruction of YOUR mobile home, adjacent structures or personal effects, or if YOU intentionally gave US materially false information with intent to deceive in order to obtain this policy or in YOUR presentation of a claim;

8. Loss due to nuclear action which means nuclear reaction, radiation or radioactive contamination. Direct loss by fire resulting from nuclear action is insured;

9. Loss or damage due to war, hostile or war-like action in time of peace or war, whether declared or not declared;

10. Loss or damage to tires and wheels, unless damaged by fire or stolen while attached to or from inside the mobile home; and

11. Loss by theft to personal effects if the mobile home is not lived in or is vacant for more than 30 consecutive days before the loss.

## LIABILITY

Liability provides protection against accidents that happen to somebody else, but that YOU are legally responsible for, subject to all policy terms and conditions.

WE'LL pay under Personal Liability Coverage for damages YOU become legally obligated to pay when the damages occur on YOUR mobile home premises or result from YOUR personal actions.

WE'LL pay for certain medical expenses whether or not YOU are legally liable as described in Medical Payments to Others Coverage, subject to all policy terms and conditions.

## DEFINITIONS

Bodily Injury means bodily injury, sickness, disease or death of any person, except YOU or any resident of YOUR mobile home.

Property Damage means damage or destruction of property of others or damage or injury to it, including loss of its use.

Premises means:

YOUR mobile home as long as it is not for rental, farm or business use. Included are premises used in connection with YOUR mobile home.

Also included are:

1. Adjacent sidewalks and drives to YOUR mobile home;

2. Vacant land, other than farmland owned by or rented to YOU, including land on which a one or two family dwelling is being built for YOUR use;

3. Premises not owned by YOU but in which YOU temporarily live; or

4. Individual or family cemetery plots or burial vaults.

## PERSONAL LIABILITY COVERAGE

If a claim is made or a suit is brought against YOU for damages because of Bodily Injury or Property Damage, as WE have described, WE will:

1. Pay up to OUR Limit of Liability shown on Page One for the damages for which YOU are legally liable;

2. Provide a defense at OUR expense by attorneys of OUR choice. WE may make any investigations and settle any claims or suits that WE decide appropriate. OUR obligation to defend any claim or suit ends when the amount WE pay for damages resulting from the occurrence equals OUR Limit of Liability shown on Page One.

## MEDICAL PAYMENTS TO OTHERS COVERAGE

WE'LL pay for YOU, up to OUR Limit of Liability shown on Page One, the necessary medical expenses incurred or medically determined within one year from the date of an accident causing Bodily Injury. The accident must occur between the "From" and "To" dates shown on Page One. Medical expenses means reasonable charges for medical, surgical, X-Ray, dental, ambulance, hospital, professional nursing, recognized religious method of healing, prosthetic devices and funeral services. This coverage doesn't apply to YOU or a resident of YOUR mobile home other than residence employees.

Medical Payments to Others Coverage applies only:

1. To a person on YOUR premises with YOUR permission;

2. To a person off of YOUR premises if the Bodily Injury:

    a. Arises out of a condition in YOUR premises or the sidewalks and drives adjacent to YOUR premises;

    b. Is caused by YOUR activities;

    c. Is caused by a residence employee in the course of duties for YOU; or

    d. Is caused by an animal owned by YOU or in YOUR care.

Personal Liability Coverage and Medical Payments to Others Coverage provides coverage only for activities which are ordinarily incidental to non-business pursuits.

## WE PROVIDE THE FOLLOWING IN ADDITION TO THE LIMITS OF LIABILITY

## CLAIM EXPENSE

For claim expenses, WE pay:

1. Expenses incurred by US and costs taxed against YOU in any suit WE defend;

2. Premiums on bonds required in a suit defended by US, but not for bond amounts greater than the Limit of Liability for Personal Liability Coverage. WE are not obligated to apply for or furnish any bonds;

3. Expenses incurred by YOU at OUR request, including up to $25 a day actual loss of earnings, for assisting US in the investigation or defense of any claim or suit; and

4. Interest on the entire entered judgment until WE pay, formally offer, or deposit in Court that part of the judgment which doesn't exceed the limit of OUR liability on that judgment.

## FIRST AID EXPENSES

WE'LL pay YOUR expenses for first aid to others at the scene of an accident caused by YOU. WE'LL not pay for first aid to YOU.

## DAMAGE TO PROPERTY OF OTHERS

WE'LL pay for Damage to Property of Others caused by YOU up to $250 per occurrence, subject to all policy terms and conditions.

## LIABILITY DOESN'T PROVIDE PAYMENT FOR

**Personal Liability Coverage and Medical Payments to Others Coverage Doesn't Pay for Bodily Injury or Property Damage:**

1. Arising out of the serving or furnishing of alcoholic beverages to any person;

2. Arising out of YOUR business pursuits;

3. Arising out of the rental, or holding for rental, of any premises owned by YOU intended for use as a residence for more than two roomers or boarders;

4. Arising out of the rendering or failing to render professional services;

5. Arising out of any premises owned or rented to YOU unless it is shown on Page One or a premium charge has been made;

6. Arising out of the ownership, maintenance, use, loading or unloading of:

    a. Any motor vehicle licensed or not for road use, on or off public roads except golf carts while used for golfing, riding lawn mowers or equipment usual and incidental to the maintenance of YOUR mobile home premises;

    b. Aircraft;

    c. Watercraft:

        (1) If the watercraft has inboard or inboard-outboard motor(s) exceeding 50 horsepower;

        (2) If it is a sailing vessel, with or without auxiliary power, 26 feet or more in overall length; or

        (3) If it is powered by one or more outboard motors with more than 25 combined total horsepower owned by YOU;

7. Caused directly or indirectly by war, hostile or war-like action in time of peace or war, whether or not declared, riot or civil disorder; or

8. Which is expected or intended by YOU.

**Personal Liability Coverage Doesn't Pay for Bodily Injury or Property Damage for:**

1. Liability assumed in any contract or agreement in connection with any business of YOURS;

2. Damage to property owned by YOU;

3. Damage to property rented to, occupied or used by YOU or in YOUR care, except sudden and accidental damage from fire, explosion, smoke or smudge caused by YOU;

4. Bodily Injury to any person eligible to receive any benefits required to be provided by YOU under any workers' compensation, non-occupational disability or occupational disease law; or

5. Bodily Injury or Property Damage if YOU are also insured by a nuclear energy liability policy, whether or not its limits of liability have been exhausted.

**Medical Payments to Others Coverage Doesn't Pay for Bodily Injury:**

1. To a residence employee if Bodily Injury occurs off YOUR mobile home premises and doesn't arise out of, or in the course of, the employment by YOU;

2. To any person eligible to receive any benefits required to be provided or voluntarily provided by any workers' compensation, non-occupational disability or occupational disease law; or

3. From nuclear action, meaning nuclear reaction, radiation or radioactive contamination.

**Damage to Property of Others Doesn't Pay:**

1. If the loss is insured in any PHYSICAL DAMAGE coverage in this policy;

2. If the loss is caused intentionally by a named insured over 12 years old;

3. For loss to property owned by or rented to YOU, a tenant of YOURS or a resident of YOUR mobile home; or

4. If the loss arises from:

   a   Business pursuits;

   b.  Any act or omission in connection with a premises owned, rented or controlled by YOU unless it is shown on Page One or a premium charge has been made; or

   c.  The ownership, maintenance or use of a motor vehicle, aircraft, or watercraft.

## GENERAL POLICY CONDITIONS

These general conditions apply to YOUR policy.

### APPRAISALS

If settlement can't be agreed to, then both YOU and WE have the right to select a competent and disinterested appraiser within 20 days from the date of disagreement.

The appraisers will select an umpire. The appraisers will determine the amount of the loss. If they don't agree, then each appraiser will submit his amount of the loss to the umpire. The agreement of any two will determine the amount of loss. YOU pay YOUR appraiser and WE pay OUR appraiser. YOU and WE share equally the expense of the umpire and all other expenses of the appraisals.

### AUTOMATIC REINSTATEMENT OF COVERAGE

Any damage to YOUR property will reduce the amount of coverage available by the amount of the damage. YOUR coverage will return to the Amount of Insurance shown on Page One upon completion of repairs or replacements.

### BANKRUPTCY

If YOU become bankrupt or insolvent, WE will still be obligated by this policy.

### CANCELLATION OR NONRENEWAL

YOU can cancel YOUR policy by mailing to US a written notice telling US the future date cancellation is to be effective. If a lienholder is named on Page One, WE'LL mail written notice to the lienholder ten days prior to cancellation of the lienholder's interest in this policy.

WE can cancel this policy for any reason during the first 60 days. WE can cancel this policy after the first 60 days only if YOU or YOUR representative:

1. Conceal, omit or misrepresent any material facts or circumstances; or

2. Make a false or fraudulent claim; or

3. Have knowledge of any change that substantially increases the risk assumed by US without notifying US and paying any required premium for the increased risk; or

4. Haven't paid the premium.

WE'LL mail a cancellation notice to YOU at least 30 days (10 days if YOU haven't paid the premium or if in the first 60 days of coverage) before this policy is cancelled.

WE'LL mail a cancellation notice to YOUR last address known to US. WE'LL also give the same notice to YOUR lienholder.

YOUR lienholder can cancel this policy if YOUR mobile home has been repossessed or the lienholder has otherwise acquired ownership of the mobile home. The lienholder may then, for the account of all parties at interest in this policy and upon surrender of its copy of the policy, cancel this policy.

If there is any refund of premium due YOU, WE'LL mail it to YOU with YOUR cancellation notice or as soon as possible after WE mail the notice. If there is a lienholder, its interest will be recognized in any refund due.

WE agree to offer to renew YOUR policy unless WE mail YOU at least 45 days, but not more than 60 days before the "To" date shown on Page One, written notice of OUR intention not to renew this policy. With YOUR payment of the premium, WE will renew this policy.

If YOU cancel this policy anytime within one year after the "From" date shown on Page One, YOUR unearned premium will be returned to YOU on a short rate basis. Unearned premium for additional years of coverage will be returned to YOU on a pro rate basis. If WE or the lienholder cancel this policy, the return premium will be calculated pro rate. All return premiums will be subject to the "Minimum Earned Premium" shown on Page One of this policy.

Short rate cancellation means that WE keep premium for the period of time YOU were insured, plus a percentage charge to cover the expense of cancellation. Pro rate cancellation means that WE keep premium only for the period of time YOU were insured.

## CHANGES IN YOUR POLICY

If any provision of this policy is in conflict with YOUR state's or the Federal Government's laws or regulations at the time YOUR policy is written, it is automatically changed to conform to them. WE'LL automatically give YOU the benefit of any extension or broadening of this policy, if the change doesn't require additional premium.

When YOUR policy is renewed, continued or extended, WE will furnish YOU any form revisions applicable to YOUR coverage.

The only other way this policy can be changed is if WE change it in writing, which will be made a part of this policy. Any change in YOUR premium will be made at that time.

## LEGAL ACTION AGAINST US

YOU may not bring legal action against US concerning this policy unless YOU have fully complied with all of its terms.

Under the Liability Coverages, no legal action may be brought against US until judgment against YOU has been finally determined after trial.

YOUR policy does not give anyone the right to make US a party to any action to determine YOUR liability.

## LIENHOLDER INTEREST

If YOU borrowed money to buy YOUR mobile home, the person or business that loaned YOU the money is called the lienholder. Lienholder means the person, firm, association, corporation or other legal entity named as the lienholder on Page One. The designation of a lienholder is considered to be an acknowledgement by YOU that the entity named has a legal interest in the mobile home due to an installment sales contract or other security agreement. YOUR lienholder may require YOU to name it on Page One as a separate insured party for any insurable interest it may have.

When a lienholder is named on Page One, OUR Payment Method will recognize the lienholder's interest in YOUR property. If WE elect to settle YOUR loss or damage in money, both YOUR name and YOUR lienholder's will appear on OUR payment check. If YOU have paid off YOUR lienholder, please tell US so that the lienholder's name may be removed from the policy.

If YOUR interest in the mobile home is terminated, OUR Payment Method will recognize only the lienholder's interest. No change in title or ownership of YOUR mobile home or any negligent acts of YOURS will cancel the lienholder's interest in this policy.

YOU or the lienholder must let US know of any change of ownership or any increase in hazard which comes to YOUR or the lienholder's knowledge. If an increase in hazard requires an additional premium, YOU must pay the additional premium.

If YOU fail to pay any premium due for this policy, YOUR lienholder may be requested to pay that premium.

If YOU fail to give US proof of loss within the required 90 days, the lienholder is given an additional 30 days to notify US of the loss.

## LIMITS OF LIABILITY

The insuring of more than one person by this policy does not increase OUR Liability Limits or the Amount of Insurance.

## OUR RIGHT TO RECOVER FROM OTHERS

After WE have made payment under this policy, except for Medical Payment to Others, WE have the right to recover the payment from anyone who may be held responsible. YOU will be required to sign any papers and do whatever else is necessary to transfer this right to US.

Neither YOU nor anyone WE insure in this policy has the right to do anything to prejudice OUR right.

## OTHER INSURANCE

Occasionally, other insurance pays YOU or pays for the loss or damage which is also insured by this policy. When this happens, the following rules apply:

1.  If the other insurance isn't provided by US, WE'LL pay only for OUR share of any coverage for any loss or damages in excess of any applicable deductibles. OUR share is determined by adding up the limits or amounts of all collectible insurance benefits and finding the percentage of the total which OUR limits or amount represents.

2.  This policy is excess coverage for Comprehensive Personal Effects Coverage if there is other insurance coverage which will pay first. After the other policy has paid up to its limit, OUR policy will provide coverage up to its amount, but not exceeding the remainder of YOUR loss.

## LOCATION

YOUR policy provides coverage for the mobile home and adjacent structures anywhere in the United States or Canada. If YOU move YOUR mobile home, please let US know within 30 days. YOUR policy provides coverage for personal effects and liability anywhere in the world, subject to all terms and conditions of the policy.

## TRANSFER OF THIS POLICY

No interest in this policy can be transferred without OUR written consent. If YOU die, this policy will continue in force for the remainder of the time between the "From" and "To" dates shown on Page One. This policy will only continue for other members of YOUR family entitled to coverage at the time of YOUR death or for YOUR legal representative.

## WHAT TO DO WHEN YOU HAVE A LOSS

Any theft, robbery or burglary loss must be reported to the police within 24 hours after YOU discover the loss.

When YOU have a loss, YOU or someone on YOUR behalf must notify US at once. The quickest way is to phone YOUR agent or US.

When YOU notify YOUR agent or US, please give YOUR name, policy number, how the loss happened, including the extent of the damages or injuries, names of witnesses, and all other pertinent facts at the time YOU report the loss.

If we need other information to investigate the loss, WE'LL ask YOU for it. WE may require this information in writing.

If YOU have a loss, YOU must protect YOUR mobile home from any further damage. If YOU fail to do so, any further damage won't be recoverable by this policy. WE'LL pay any actual reasonable expenses for necessary emergency repairs incurred in protecting the mobile home, adjacent structures and personal effects from further loss if that loss is insured by this policy.

WE may require that YOU file with US a notarized statement of loss within 90 days after the loss or damage. YOU may be required to show US the damaged property and submit to examination under oath. YOU will be required to cooperate with US in OUR effort to investigate the accident or loss, settle any claims against YOU and defend YOU. If YOU fail to cooperate, WE have the right to deny YOU coverage in this policy.

If WE make a payment under Medical Payments to Others, this isn't an admission of liability by YOU or US.

YOU, except at YOUR own cost, may not voluntarily make any payment, assume any obligation or incur any expenses other than First Aid Expenses or emergency repair.

When YOU have a loss that WE insure, WE'LL make settlement within 60 days after WE receive an acceptable proof of loss from YOU and the amount of loss is determined as provided in this policy.

This policy is signed at the Home Office of Foremost Insurance Company by OUR authorized representative(s). It's countersigned on Page One by OUR authorized representative(s) if required.

MICHAEL J. COK
President

MAURA C. POPP
Secretary

## SECURED INTEREST PROTECTION ENDORSEMENT

If YOU borrowed money to buy YOUR mobile home, YOUR lienholder and mobile home dealer needed some security for that loan. In most cases, YOUR mobile home will be the security. In other words, the loan is secured by YOUR mobile home. YOUR lienholder and mobile home dealer have a secured interest in YOUR mobile home and may require that the Secured Interest Protection Endorsement be added to YOUR policy. Any additional premium may have to be paid by YOU.

### COLLISION OR UPSET

WE'LL pay the lienholder or the mobile home dealer for direct and sudden accidental loss to the mobile home caused by collision while the mobile home is being moved from one place to another. Collision which damages only wheels, tires, axles and running gear isn't covered.

In each claim for loss or damage, $100 will be deducted from the amount of loss.

### ALTERATION

WE'LL pay the lienholder or the mobile home dealer if the Named Insured caused deliberate damage to the mobile home or made substantial changes in its structure with the intention of reducing its value without permission of the lienholder or the mobile home dealer.

Total Alteration results when the damage or change reduces the value of the mobile home so that the cost of repair plus the salvage value exceed the actual cash value of the mobile home before such damage or change. Damage resulting from neglect or omission to act, or from wear and tear or hard usage won't be considered as alteration.

In each claim for loss or damage, $100 will be deducted from the amount of the loss.

### CONVERSION

WE'LL pay the lienholder or the mobile home dealer if they are unsuccessful in their efforts to recover possession of the mobile home or its missing parts due to the Named Insured's transfer of ownership without permission of the lienholder or the mobile home dealer.

In each claim for loss or damage, $100 will be deducted from the amount of the loss.

### CONCEALMENT

WE'LL pay the lienholder or the mobile home dealer if they are unable to locate the mobile home or its missing parts within 120 days after WE receive all of the lienholder's or mobile home dealer's papers, documents and records regarding the loan, as long as the Named Insured hasn't made a loan payment to the lienholder or mobile home dealer during that 120 days. A police report must be filed for each loss contained in this paragraph.

In each claim for loss or damage, $100 will be deducted from the amount of the loss.

### REPOSSESSION EXPENSE

If the mobile home is repossessed by or on behalf of the lienholder or mobile home dealer, this coverage provides payment by US to the lienholder or mobile home dealer for an amount equal to the expense of transporting the mobile home from the place of repossession to the shortest of the following:

1. The place where it was sold by the lienholder or mobile home dealer; or

2. To the nearest business location of the lienholder or mobile home dealer.

Repossession Expense applies only to the expense of returning the entire mobile home, but not to the expense of returning only separate parts, equipment or accessories.

In each claim for loss, $100 will be deducted from the amount of the loss.

### OUR PAYMENT METHODS

The amount WE pay the lienholder or the mobile home dealer for loss covered by Secured Interest Protection will be the lowest of:

1. The cost without overhead or profit to the lienholder or the mobile home dealer for repairing or replacing the mobile home and parts with property of similar quality and value; or

2. The amount of interest of the lienholder or mobile home dealer in any Alteration, Conversion or Concealment loss, measured by the unpaid balance, not more than 60 days past due, less:

   a. Unearned interest;

   b. Insurance;

   c. Finance and other carrying charges computed as of the date of claim; and

   d. Any penalties or other charges which may have been added to the loan after the loan was finalized; or

3. Replacement of the property with property of similar kind, quality and value; or

4. Actual cash value of the mobile home or of the missing parts immediately before the loss.

Repossession Expense is limited to the rate per mile for transportation, up to $.70 cents per mile.

This is subject to a maximum payment of $600.

### DEDUCTIBLE

If in one claim for loss or damage, Collision or Upset, Alteration, Conversion, Concealment or Repossession Expense is involved, a $100 deductible applies to each, but the total deductible from each such combination of losses shall not exceed $200.

Case 5:26-cv-00037-SCR-DCK    Document 1    Filed 02/18/26    Page 29 of 47

## SECURED INTEREST PROTECTION DOESN'T PROVIDE COVERAGE:

1. If the loan transaction wasn't entered into in accordance with normal and usual credit standards. WE don't pay when the lien instrument, at the time of its execution, wasn't legally enforceable and didn't represent a bona fide security transaction entered into in good faith by both parties to secure the repayment of the amount of the total loan amount;

2. If, at the date this coverage becomes effective, payment was more than 30 days past due under the lien instrument covering the mobile home;

3. For the gas bottles, fuel tanks, steps, skirting, beds, curtains, spreads, drapes, furniture or equipment. WE don't pay for appliances that have worn out or have been discarded, even if replaced;

4. If the loss is caused by failure of anyone to maintain the mobile home, its parts and equipment in good working order; and

5. Unless the Named Insured has defaulted on the loan and the mobile home has been repossessed.

## GENERAL CONDITIONS OF SECURED INTEREST PROTECTION

### Other Insurance

If there is other collectible insurance for loss by Collision or Upset, the other insurance coverage pays first and Secured Interest Protection will pay next, but only if the entire loss isn't covered by the other insurance.

### Our Right to Recover From Others

After WE have made a Secured Interest Protection payment, WE give up the right to recover the payment from the lienholder or the mobile home dealer, except for fraudulent actions of the lienholder or mobile home dealer.

WE give up the right to recover payment from the Named Insured. In Kansas, Pennsylvania and New York, WE don't give up the right to recover payment from the Named Insured.

### What to Do When a Loss Occurs

The lienholder or mobile home dealer must tell US as soon as there is suspicion of or actual knowledge loss has occurred. If the mobile home has been repossessed, WE must be told within 30 days after repossession.

The lienholder or mobile home dealer must give US, as part of the notice of loss or potential loss, the following:

1. Inspection report prepared at the time of repossession describing the condition of the mobile home and a listing, in detail, of the parts which are missing;

2. Manufacturer's invoice;

3. Any letters or other papers detailing their efforts to locate any item(s);

4. Retail sales contract;

5. Credit application;

6. Detailed description of damage and alterations;

7. All available evidence showing exactly how the mobile home was equipped and sold;

8. Summary of collection efforts; and

9. Statement from the local law enforcement agency to which the loss was reported.

The lienholder or mobile home dealer must, at its own expense, use every reasonable effort, including litigation, until settlement of the loss, to

1. Secure, protect and preserve the mobile home from loss;

2. Locate the Named Insured, the mobile home and any missing parts;

3. Declare the loan in default;

4. Repossess the mobile home for which any claim is to be made; and

5. Collect all amounts.

The lienholder or mobile home dealer must allow US to review and copy any other books, records and files that will assist US in settling a claim.

All losses must be promptly reported to the police.

The General Policy Condition of the Mobile Home Owner Policy titled WHAT TO DO WHEN YOU HAVE A LOSS doesn't apply to this endorsement.

The day WE receive all the required information will be the effective date of claim and all computations will be made as of that day.

The General Policy Conditions of the Mobile Home Owner Policy apply to the Secured Interest Protection Endorsement unless WE have already changed it in writing.

Named Insured means the person or persons named on Page One and is not intended necessarily to acknowledge legal title or ownership of the insured property.

**PHYSICAL DAMAGE**

The following is added following YOUR ADDITIONAL COVERAGES:

**ACTUAL CASH VALUE**

Throughout this policy, the following is added to any provision that uses the term actual cash value:

Actual cash value is the value of the covered damaged part of the property at the time of loss, calculated as the estimated cost to repair or replace such property with material of like kind and quality, less a deduction to account for pre-loss depreciation.

In calculating the actual cash value, the components of this estimated cost that are subject to depreciation include, but are not limited to:

1. Materials, labor, permits and any applicable tax; and

2. Overhead and profit.

Pre-loss depreciation refers to the decrease in the value of the covered damaged part of the property due to, but not limited to, such considerations as:

1. Age;

2. Condition, including wear and tear or deterioration;

3. Remaining useful life; and

4. Obsolescence.

**LIABILITY**

The **Claim Expense** coverage is deleted and replaced by the following:

For claim expenses WE pay:

1. Expenses incurred by US and costs taxed against YOU in any suit WE defend;

2. Premiums on bonds required in a suit defended by US, but not for bond amounts greater than the Limit of Liability for Personal Liability Coverage, WE are not obligated to apply for or furnish any bonds;

3. Expenses incurred by YOU at OUR request, including up to $25 a day actual loss of earnings, for assisting US in the investigation or defense of any claim or suit;

4. Interest on the entire judgment which accrues after entry of the judgment and before WE pay, formally offer, or deposit in Court that part of the judgment which does not exceed the limit of OUR liability on that judgment; and

5. Prejudgment interest awarded against YOU on that part of the judgment WE pay. If WE make an offer to    pay the applicable limit of liability, WE will not pay any prejudgment interest based on that period of time after the offer.

The **LIABILITY DOESN'T PROVIDE PAYMENT FOR** Section is deleted and replaced by the following:

**PERSONAL LIABILITY COVERAGE AND MEDICAL PAYMENTS TO OTHERS COVERAGE DOESN'T PAY FOR BODILY INJURY OR PROPERTY DAMAGE:**

Arising out of the serving or furnishing of alcoholic beverages to any person;

Arising out of YOUR business pursuits;

Arising out of the rental or holding for rental of any premises owned by YOU intended for use as a residence for more than two roomers or boarders;

Arising out of the rendering or failing to render professional services;

Copyright, North Carolina Rate Bureau, 2021
Case 5:26-cv-00037-SCR-DCK   Document 1   Filed 02/18/26   Page 31 of 47

Arising out of any premises owned or rented to YOU unless it is shown on Page One or a premium charge has been made;

Arising out of the ownership, maintenance, use, loading or unloading of:

Any motor vehicle licensed or not for road use, on or off public roads except golf carts while used for golfing, riding lawn mowers or equipment usual and incidental to the maintenance of YOUR mobile home premises;

Aircraft;

Watercraft;

If the watercraft has inboard or inboard-outboard motor(s) exceeding 50 horsepower;

If it is a sailing vessel, with or without auxiliary power, 26 feet or more in overall length; or

If it is powered by one or more outboard motors with more than 25 combined total horsepower owned by YOU;

Caused directly or indirectly by war, hostile or war-like action in time of peace or war whether or not declared, riot or civil disorder; or which is expected or intended by YOU;

Arising out of sexual molestation, corporal punishment or physical or mental abuse.

## GENERAL POLICY CONDITIONS

WHAT TO DO WHEN YOU HAVE A LOSS

The fifth paragraph is replaced with the following:

### Reasonable Repairs

a. We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Named Peril from further damage.

b. If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Named Peril.

c. Coverage provided under a. and b. does not:

(1) Increase the limits of liability that applies to the covered property; or

(2) Relieve you of your duties, in case of a loss to covered property, described in Section I - Conditions; and

is limited to the greater of:

(3) $3,000; or

(4) 1% of your limit of liability;

unless we grant you approval within 72 hours of your request to exceed the limit. In such circumstance we will pay only up to the additional amount for the measures we authorize.

If we fail to respond to you within 72 hours of your request to us and the damage is caused by a Named Peril you may exceed the amount stated above only up to the cost incurred by you for the reasonable repairs necessary to protect the covered property from further damage.

d. In the event such repairs are undertaken, we have the right to inspect the repairs and the removed property which, to the extent possible, you are required to retain.

The following is added to the sixth paragraph:

However, if a state of disaster is proclaimed or declared for the State of North Carolina or for an area within the state in accordance with North Carolina law and the covered property that has sustained loss is located within the geographic area designated in the disaster proclamation or declaration, this 90 day period shall not commence until the expiration of the disaster proclamation or declaration, including all renewals of the proclamation or 45 days, whichever is later.

Case 5:26-cv-00037-SCR-DCK Copyright, North Carolina Rate Bureau, 2021 Filed 02/18/26 Page 32 of 47

The following is added under **General Policy Conditions**:

**Non-Assignability of Policy or Policy Benefits**

a. Assignment of this policy will not be valid unless we give our written consent.

b. The benefits of this policy that may be available to you following a covered loss may not be assigned unless:

   (1) All duties listed in General Policy Conditions are performed by you; and

   (2) An inspection of the damage has been conducted by an adjuster authorized by us, or we give our written consent.

All other provisions of this policy apply.



Copyright, North Carolina Rate Bureau, 2021





YOUR MOBILE HOME OWNER POLICY is changed.

In consideration of the reduced premium at which YOUR policy is written, it is agreed that YOUR mobile home is tied down in accordance with the regulations of the North Carolina Building Code Council as set forth in the State of North Carolina Regulations for Mobile Homes.



THE CHANGE(S) SHOWN ABOVE APPLY TO YOUR
POLICY AND ALL OF ITS TERMS AND CONDITIONS.

**INFORMATION BELOW MUST BE COMPLETED IF THIS FORM IS ADDED AFTER PREPARATION OF YOUR POLICY**

| THIS FORM BECOMES PART OF POLICY NUMBER | ISSUED TO | DATE PREPARED | AND IS EFFECTIVE AT 12:01 A.M. STANDARD TIME |
|---|---|---|---|
| COUNTERSIGNED AT | | SIGNED BY AUTHORIZED REPRESENTATIVE | AGENT CODE NO. |

Form 9078 10/80      Foremost Insurance Company Grand Rapids, Michigan 49501      Printed in U.S.A.

## MOBILE HOME OWNER POLICY MH(C)
## INFLATION COVERAGE

MOBILE HOME OWNER POLICY - PAGE ONE is changed.

The Amount of Insurance shown for Comprehensive Mobile Home Coverage, Comprehensive Adjacent Structures Coverage, Comprehensive Personal Effects Coverage and Trip Coverage will be increased automatically by 1.25% at the end of each period of 3 months after the "From" date shown on Page One.

The automatic increase is subject to any adjustment in the Amount of Insurance during the Policy Period.

If YOUR Policy Term is more than one year the same 3 month adjustments as WE have described applies. The total annual percent of increase from the Amount of Insurance shall not exceed the following percent at the beginning of the:

| | |
|---|---|
| 2nd Policy year 1.05 | 5th Policy year 1.22 |
| 3rd Policy year 1.10 | 6th Policy year 1.28 |
| 4th Policy year 1.16 | 7th Policy year 1.34 |

Form 9080 10/80/Form 8365 10/89

## STATED VALUE LOSS SETTLEMENT ENDORSEMENT
## MH(C)-310 (Ed. 9-97)

For an additional premium **OUR PAYMENT METHODS** for YOUR mobile home is changed to read:

### Total Loss - Payment Method

Total loss means the cost to repair the mobile home plus any salvage value is equal to or greater than the amount of insurance shown for the mobile home on Page One.

When a total loss occurs, YOUR loss will be equal to the Amount of Insurance. WE will pay that amount less any applicable deductible.

### Partial Loss - Payment Method

The amount WE pay for loss of, or damage to YOUR mobile home, except for the payment methods of Natural Disaster Protection will be the lowest of:

The difference between the actual cash value of YOUR property immediately before the loss and its actual cash value immediately after the loss, or

The cost of repairing the damage, or

The actual cash value of YOUR property immediately preceding the loss, or

The cost of replacing YOUR property, or

The amount of insurance shown on Page One.

WE may also replace the property with property of similar kind, quality and value.

**Our Payment Methods for Specific Types of Loss** are not changed.

All other provisions of this policy apply.

Form 2986 08/99                    Copyright, North Carolina Rate Bureau, 1997

Form 2457 12/99 - Page 1 of 2

## MANDATORY AMENDATORY HAIL ENDORSEMENT
## MH(C)-305 (Ed. 8-86)

HAIL coverage as shown in YOUR policy is deleted and replaced with the following:
Hail

The amount WE'LL pay YOU for loss or damage from hail depends on the type of loss or damage it causes:

Hail can cause structural damage, which is the actual penetration of the exterior surface or the cracking or breaking of support materials. When this type of loss, or damage occurs, WE'LL pay YOU the cost of repairing or replacing the damaged portion of the property.

Hail often dents the exterior surface of a mobile home. Since there is no structural damage, this will in no way affect the utility of the mobile home. The amount WE pay for this will be difference between the actual cash value of YOUR property immediately before the loss and its actual cash value immediately after the loss.

YOU may choose to repair the damage. The claim for repair must be made within 180 days after the loss.

Payment will be made to YOU for amount of repair less any payment made for the actual cash value difference before and after the loss.

All other provisions of this policy apply.

Form 9795 10/86/Form 4911 10/88         Copyright, North Carolina Rate Bureau, 1986

Form 2457 12/99 - Page 2 of 2



The following exclusion is added:

Personal Liability and Medical Payments to Others Coverage do not apply to bodily injury or property damage which arises out of the transmission of a communicable disease by any insured.

All other provisions of your policy apply.



Form 4780 05/88

Copyright, North Carolina Rate Bureau, 1988



## PERSONAL EFFECTS REPLACEMENT COST ENDORSEMENT

For an additional premium, coverage of this policy, is extended to include the full cost of repair or replacement without deduction for depreciation of YOUR Personal Effects.

1. PROPERTY NOT ELIGIBLE

    Property listed below is not eligible for replacement cost settlement. Any loss shall be settled at actual cash value at time of loss but not exceeding the amount necessary to repair or replace.

    a. antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced.

    b. memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to its value.

    c. articles not maintained in good or workable conditions.

    d. articles that are outdated or obsolete and are stored or not being used.

2. REPLACEMENT COST

    a. WE will pay not more than the smallest of the following amounts:

        1. replacement cost at time of loss without deduction for depreciation;

        2. the full cost of repair at time of loss;

        3. any special limits of liability described in the policy.

When the replacement cost for the entire loss under this endorsement exceeds $500, WE will pay no more than the actual cash value for the loss or damage until the actual repair or replacement is completed.

All other provisions of this policy apply.



Copyright, North Carolina Rate Bureau, 1985

THE CHANGE(S) SHOWN ABOVE APPLY TO YOUR
POLICY AND ALL OF ITS TERMS AND CONDITIONS.

**INFORMATION BELOW MUST BE COMPLETED IF THIS FORM IS ADDED AFTER PREPARATION OF YOUR POLICY**

| THIS FORM BECOMES PART OF POLICY NUMBER | ISSUED TO | DATE PREPARED | AND IS EFFECTIVE AT 12:01 A.M. STANDARD TIME |
|---|---|---|---|
| COUNTERSIGNED AT | | SIGNED BY AUTHORIZED REPRESENTATIVE | AGENT CODE NO. |

Form 9871 10/85                    Foremost Insurance Company Grand Rapids, Michigan 49501                    Printed in U.S.A.



**YOUR MOBILE HOME OWNER POLICY** is changed as follows:

**OUR PAYMENT METHODS** for YOUR mobile home is changed to read:

The most WE will pay for loss to YOUR mobile home, except hail losses, shall be the smallest of the following amounts:

The amount actually and necessarily spent to repair or replace the damaged mobile home;

The replacement cost at the time of loss without deduction for depreciation; or

The Amount of Insurance applying to the mobile home.

If YOU decide not to repair or replace then, except for hail, the amount WE pay for loss of, or damage to YOUR mobile home will be the lowest of:

The difference between the actual cash value of YOUR property immediately before the loss and its actual cash value immediately after the loss; or

The cost of repairing the damage; or

The actual cash value of YOUR property immediately preceding the loss; or

The cost of replacing YOUR property; or

The Amount of Insurance shown on Page One.

WE may also replace the property with property of similar kind, quality and value.

This choice will not affect YOUR right to pursue YOUR claim within 180 days after the loss for any additional payments that may be due YOU.

Our Payment Methods for Specific Types of Loss are not changed.

All other provisions of this policy apply.

Copyright, North Carolina Rate Bureau, 1985

THE CHANGE(S) SHOWN ABOVE APPLY TO YOUR
POLICY AND ALL OF ITS TERMS AND CONDITIONS.

**INFORMATION BELOW MUST BE COMPLETED IF THIS FORM IS ADDED AFTER PREPARATION OF YOUR POLICY**

| THIS FORM BECOMES PART OF POLICY NUMBER | ISSUED TO | DATE PREPARED | AND IS EFFECTIVE AT 12:01 A.M. STANDARD TIME |
|---|---|---|---|
| COUNTERSIGNED AT | | SIGNED BY AUTHORIZED REPRESENTATIVE | AGENT CODE NO. |

Form 9872 10/85      Foremost Insurance Company Grand Rapids, Michigan 49501      Printed in U.S.A.



ELECTRONICALLY FILED - 2024 Nov 04 2:58 PM - GREENVILLE - COMMON PLEAS - CASE#2024CP2306436

STATE OF SOUTH CAROLINA

COUNTY OF GREENVILLE

DANA MORTON,

        Plaintiff,

v.

PAULA BRASWELL,

        Defendant.

IN THE COURT OF COMMON PLEAS
CASE NO.: 2024-CP-_____

**SUMMONS**
**(Jury Trial Demanded)**

TO:    **THE DEFENDANT ABOVE NAMED:**

    **YOU ARE HEREBY SUMMONED** and required to Answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to said Complaint upon the Plaintiff or their attorneys, Langley Law Firm, LLC, 229 Magnolia Street, Spartanburg, South Carolina, 29304, within (30) days after the service hereof, exclusive of the day of such service and if you fail to Answer the Complaint within the time aforesaid, Plaintiff will apply to the court for the relief demanded in the Complaint.

        LANGLEY LAW FIRM

        *s/ Matthew T. Foss*
        T. Ryan Langley, Esq.
        S.C. Bar No.: 76558
        Matthew T. Foss
        S.C. Bar No. 104390
        Spartanburg, SC 29304
        Office: (864) 774-4662
        ATTORNEYS FOR PLAINTIFF

November 4, 2024
Spartanburg, SC

ELECTRONICALLY FILED - 2024 Nov 04 2:58 PM - GREENVILLE - COMMON PLEAS - CASE#2024CP2306436

STATE OF SOUTH CAROLINA

COUNTY OF GREENVILLE

DANA MORTON,

        Plaintiff,

v.

PAULA BRASWELL,

        Defendant.

IN THE COURT OF COMMON PLEAS
CASE NO.: 2024-CP-_____

**COMPLAINT**
**(Jury Trial Demanded)**

The Plaintiff, complaining of the Defendants, alleges and says as follows:

## PARTIES AND JURISDICTION

1.     That Plaintiff, Dana Morton, is a citizen and resident of Spartanburg County, State of South Carolina.

2.     That upon information and belief, Defendant, Paula Braswell (herein referred to as "Defendant"), is a citizen and resident of North Carolina.

3.     That the incident which is the subject of this action occurred in Greenville County, State of South Carolina.

4.     That this Court has jurisdiction over the parties and the subject matter of this action.

## SPECIFIC AVERMENTS

5.     On or about October 12, 2023, Plaintiff attended a concert located in downtown Greenville, South Carolina.

6.     On or about October 12, 2023, Defendant also attended the same concert located in downtown Greenville, South Carolina.

7. That on or about October 12, 2023, a verbal altercation began with the Defendant invoking confrontational speech. Plaintiff does not know if the Defendant was truly upset with her or had her confused with someone else.

8. Defendant Paula Braswell, suddenly and without warning approached Plaintiff, grabbed Plaintiff, and struck her, causing significant personal injuries to Plaintiff.

9. Plaintiff did nothing to provoke this attack by Defendant Paula Braswell.

10. Plaintiff is informed and believes that this was a matter of mistaken identity, or in the alternative, that the Defendant was distracted, or energized by the crowd, and made a rash decision, causing injury(ies) to the Plaintiff.

11. That Plaintiff subsequently suffered an extreme high-impact collision with the ground, proximately resulting in severe and acute injuries requiring extensive medical treatment.

12. That Defendant owed a duty of care to Plaintiff to not cause harm to the Plaintiff, by pushing, tripping, or losing her balance and causing harm or injury to the Plaintiff.

### FOR A FIRST CAUSE OF ACTION
#### (Negligence)

13. All prior paragraphs are reiterated as if fully set forth verbatim herein.

14. The injuries and damages incurred by Plaintiff were directly and proximately caused by Defendant's careless, negligent, grossly negligent, wanton, and/or reckless acts in one or more of the following particulars:

    a. By Defendant's misidentification of Plaintiff;

    b. By Defendant's actions in failing to take control of her anger/temper;

    c. By Defendant striking Plaintiff in a manner which was likely to cause her damages rather than intimidate and/or scare her;

    d. By acting while under the influence of drugs and/or alcohol;

3

e.   In failing to observe the dangerous conditions which existed;

f.   In failing to properly keep Defendant's space free of obstructions;

g.   In failing to properly keep Plaintiff's space free of Defendant;

h.   In failing to appreciate the gravity of the dangers associated with having her conduct;

i.   In failing to ensure the safety of Plaintiff;

j.   In failing and omitting to take any precaution whatsoever of a reasonable nature to protect this Plaintiff from the dangers;

k.   In any such manner Plaintiff may discover through the discovery process or trial.

15.   As a result of such careless, negligent, grossly negligent, wanton, and/or reckless acts Plaintiff suffered damages including, but not limited to, the following:

a.   Medical bills incurred as a result of Defendant's negligence;

b.   Pain and suffering;

c.   Mental anguish;

d.   Humiliation;

e.   Inconvenience;

f.   Permanent physical impairment;

g.   Disability for a period of time;

h.   Loss of society and companionship of others;

i.   Disfigurement and/or scarring; and,

j.   In other such ways as will become evident from discovery.

4

ELECTRONICALLY FILED - 2024 Nov 04 2:58 PM - GREENVILLE - COMMON PLEAS - CASE#2024CP2306436

16.     Plaintiff is entitled to judgment against Defendant for actual and punitive damages in an amount to be determined at trial.

17.     That as a direct and proximate result of the negligence, gross negligence, carelessness, recklessness, willfulness, wantonness, and acts and/or omissions of Defendant, as is set forth more fully above, Plaintiff was injured, has endured pain and suffering, has suffered mentally and emotionally, and has incurred, and will incur various medical expenses, and has otherwise been damaged and injured.

18.     That as a direct and proximate result of the negligence, gross negligence, carelessness, recklessness, willfulness, and wantonness of Defendant, as is set forth more fully above, Plaintiff has been damaged and injured in the following respects:

     a.     Plaintiff has been required to expend a significant amount of money for her medical care, treatment, and attendant services;

     b.     Upon information and belief, the nature of Plaintiff's injuries will require her to expend a significant amount of money for her medical care, treatment, and attendant services in the future;

     c.     The pain of her injuries has resulted in her loss of enjoyment of life, mental and emotional distress, and change in her personality, all to the permanent detriment of her health and physical and mental well-being; and

     d.     Upon information and belief, Plaintiff has incurred lost wages, loss of earnings capacity, and, as a result, has experienced anxiety, mental anguish, depression and/or been otherwise harmed.

ELECTRONICALLY FILED - 2024 Nov 04 2:58 PM - GREENVILLE - COMMON PLEAS - CASE#2024CP2306436

19.　That Defendants' acts and omissions, as are set forth more fully above, show willful misconduct, malice, wantonness, and an entire want of care, raising a presumption of Defendant's conscious indifference to the consequences of such acts and omissions.

20.　That because of Defendant's acts and omissions and the proximate harm resulting to Plaintiff, Plaintiff should be awarded punitive and actual damages in an amount to be determined by the trier of fact, in order to punish and penalize Defendant and to deter Defendant, and others from similar behavior.

21.　That upon information and belief, Plaintiff is entitled to judgment against Defendant for actual, compensatory, and exemplary or punitive damages for her personal injuries set forth herein an amount that is fair, just, and reasonable under the circumstances, plus whatever costs, interest, and attorney's fees to which she may be entitled, to be determined by a jury.

**WHEREFORE,** the Plaintiff prays judgment against the Defendants as follows:

a) actual damages found to be fair and equitable within the discretion of the fact finder;

b) punitive damages as to Defendants if proven by clear and convincing evidence and found to be fair and equitable within the discretion of the fact finder;

c) for the costs and disbursements of this action;

d) for prejudgment interest at the rate authorized by the South Carolina Supreme Court and S.C. Code Ann. § 34-31-20 (B); and,

e) for such other and further relief as the Court may deem just and proper.

<u>SIGNATURE PAGE TO FOLLOW</u>

**LANGLEY LAW FIRM, LLC**

***s/ Matthew T. Foss***
T. Ryan Langley, Esq.
S.C. Bar No.: 76558
Matthew T. Foss
S.C. Bar No. 104390
Spartanburg, SC 29304
Office: (864) 774-4662
Ryan@thelangleylawfirm.com
Matt@thelangleylawfirm.com
ATTORNEYS FOR PLAINTIFF

November 4, 2024
Spartanburg, SC

7